UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THADDEUS HARDY | CIVIL DOCKET |
| VERSUS | NO. 24-1753 |
| WAMUMM, LLC AND TROPICAL ISLE'S ORIGINAL PAPA JOE'S, INC. | SECTION: "J"(2) |

**ORDER**

Considering the foregoing *Joint Stipulation of Dismissal* **(Rec. Doc. 11)** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiff against Defendants are hereby **DISMISSED with prejudice**, each bearing its own costs and fees.

New Orleans, Louisiana, this 25th day of March, 2025.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE